```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Flo-Pro, Inc.

    v.                         Civil No. 11-cv-00158-JL

10 Iron Horse Drive, LLC,
et al.


### **PROCEDURAL ORDER:  PRELIMINARY INJUNCTION HEARING**

A hearing on the motion for preliminary injunction (doc. no. 2) will be held on **July 14, 2011 at 2:00 p.m**.

On or before **July 7, 2011**, the parties shall **jointly** file:

- a **single** timeline setting forth all pertinent dates, times, and events, in whatever format the parties jointly choose (in other words, the parties need not comply with Local Rule 5.1(a) with respect to the timeline);

- a **single** Statement of Agreed Facts followed by a Statement of Disputed Facts.  The disputed facts are not an invitation to advocacy (i.e., "The plaintiff can not establish irreparable harm because. . . ." or "There is a strong likelood of success on the merits because . . . .").  The parties should simply list disputed facts they intend to establish at the hearing, or which they contend will not be established at the hearing.

On or before **July 11, 2011**, each party shall file:

- a witness list;

- an exhibit list; and

- proposed findings of fact and rulings of law.

Counsel shall confer before the hearing to identify all areas of agreement and disagreement as to the admissibility of each exhibit.

On or before **3:00 p.m. on July 12, 2011**, the plaintiff shall file a proposed order in compliance with Rule 65 and Local Rule 65.1. The order shall specifically address the amount of the bond, if any, under Rule 65(c).

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated: June 10, 2011

cc: William J. Amann, Esq.
George T. Tetler, II, Esq.
Louis M. Ciavarra, Esq.
Mark W. Powers, Esq.
Sheliah M. Kaufold, Esq.
Scott H. Harris, Esq.